

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00648-CR

Sebastian B. **NIXSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3758
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  November 19, 2014

DISMISSED FOR LACK OF JURISDICTION

Defendant pled nolo contendre to driving while intoxicated-3D/M (repeater) and was sentenced within the terms of a plea bargain.  The trial court imposed or suspended sentence on August 4, 2014.  Because appellant did not file a motion for new trial, the notice of appeal was due to be filed September 3, 2014.  TEX. R. APP. P. 26.2(a)(1).  A motion for extension of time to file the notice of appeal was due on September 18, 2014.  TEX. R. APP. P. 26.3.  Appellant filed his notice of appeal on September 11, 2014.  Appellant did not file a motion for extension of time.

Accordingly, on September 23, 2014, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

Appellant did not file a response. This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (out-of-time appeal from felony conviction may be sought by filing a writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.07). This appeal is therefore dismissed for lack of jurisdiction.

PER CURIAM

Do not publish